# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 4, 2015

### NO. 03-14-00603-CV

**Sarah Ann Miller, Appellant**

**v.**

**Reese Wynn Miller, Appellee**

---

**APPEAL FROM 53RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
AFFIRMED -- OPINION BY JUSTICE FIELD**

---

This is an appeal from the judgment signed by the trial court on September 23, 2014 and the modified judgment signed by the trial court on December 12, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgments. Therefore, the Court affirms the trial court's judgments. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.